MARSHALL W. TAGGART v. JOHN J. SCANLON.— Motion granted upon defendant's substituting a surety company undertaking in lieu of that heretofore filed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE F. TROMER and Another v. GEORGE RINGLER & COMPANY and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DeLANCEY T. SMITH and Another v. ROBERT F. WAGNER, One of the Justices of the Supreme Court, etc.— It appearing that a decision has been made, motion for mandamus denied. The remedy is now by appeal, and not mandamus. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK v. EDGAR G. PRATT, as Executor, etc. HARVARD COLLEGE and Another, Impleaded, etc.— Motions for extra allowance granted — to the plaintiff $300, and to the other respondents $250. Settle orders on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MINNA J. HASKELL v. WILLIAM S. HASKELL.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE ALPER, an Infant, etc., v. NEW YORK BUTCHERS DRESSED MEAT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY B. CLOSSON and Another v. SUSAN GRIFFITH and Another.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

T. LANGLAND THOMPSON v. WILLIAM SCHEMSTROM.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRANCIS EMORY FITCH, INC., v. TYSON COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUISA PONCIROLI v. ANNIBELLI PONCIROLI.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRANK J. RILEY v. OSCAR MARKOVICH.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARKELL & DOUGLAS, INC., v. MANUFACTURERS' UNION, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MORRIS BRESLIN v. SAMUEL BREAKSTONE and Another.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS F. KELLY.— Motion for reargument granted and upon reargument judgment of conviction reversed and a new trial ordered, upon the ground that the information charged that the property in question belonged to Dexter White, whereas in fact the record discloses that it was the property of White's Studio, a corporation; and upon that state of facts this conviction cannot stand. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.